IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MOUSSA BARADJI, | : | MOTION TO VACATE |
| BOP No. 61011-019, | : | 28 U.S.C. § 2255 |
|     Movant, | : | |
| | : | CIVIL ACTION NO. |
|     v. | : | 1:13-CV-1758-WSD-ECS |
| | : | |
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION NO. |
|     Respondent. | : | 1:09-CR-241-4-WSD-ECS |

## FINAL REPORT AND RECOMMENDATION

While incarcerated in the Federal Correctional Institution in Bennettsville, South Carolina, Moussa Baradji filed a "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody." See [Doc. No. 614]. It now appears that Mr. Baradji has been released from FCI-Bennettsville, http://www.bop.gov/inmateloc/prison (last viewed May 21, 2014; searched for BOP No. 61011-019), but that he has not provided the Court with a new address at which he can be reached.

This Court's Local Rules provide that "[t]he failure of . . . a party appearing pro se to keep the Clerk's office informed of any change in address . . . which causes delay or otherwise adversely affects the management of the case shall constitute grounds either for dismissal of the action without prejudice or for entry of a default judgment." LR 41.2C, NDGa.

The Clerk is **DIRECTED** to mail a copy of this Final Report and Recommendation to Mr. Baradji at the last address he provided to

the Court, and Mr. Baradji is **ORDERED** to respond within **FOURTEEN (14) DAYS**.

If Mr. Baradji responds that his address is unchanged or provides an updated mailing address within that fourteen-day period, the Clerk is **DIRECTED** to resubmit this case to the undersigned.

If Mr. Baradji does not respond within the fourteen-day period, the Clerk is **DIRECTED** to submit this case to the Honorable William S. Duffey, Jr. with the undersigned's **RECOMMENDATION** that it be **DISMISSED WITHOUT PREJUDICE**, see LR 41.2C, NDGa., and that a Certificate of Appealability be **DENIED** because Mr. Baradji has not made the requisite showings, see Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED**, this 21st day of May, 2014.

*S/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev.8/82)